**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Civil Action No. 19-247-HRW

**OSCAR HENSON, JR.,**

                 **PETITIONER,**

v.             **ORDER**

**DeEDRA HART, WARDEN,**           **RESPONDENT.**

  This is matter is before the Court upon Oscar Henson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to Magistrate Judge Edward B. Atkins. Magistrate Judge Atkins found that Henson has failed to exhaust his state remedies and, therefore, does not present a cognizable claim under section 2254. Judge Atkins recommends that Henson's petitions [Docket No. 1 (Case No. 6:19-CV-247 and Case No. 6:20-CV-04)] be denied and that Henson's motion for out of state time [Docket No. 8] be denied.

  Petitioner has not filed objections to the Report and Recommendation, and the time for doing so has passed.

  After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. Accordingly, **IT IS HEREBY ORDERED:**

  (1) that the Magistrate Judge's Report and Recommendation [Docket No. 25] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

  (2) Henson's petitions [Docket No. 1 (Case No. 6:19-CV-247 and Case No. 6:20-CV-04)] be **DENIED**;

(3) that Henson's motion for out of state time [Docket No. 8] be **OVERRUED** [Docket No. 25];

(4) that this matter be **DISMISSED WITH PREJUDICE**; and

(5) that no Certificate of Appealability will be granted.

This 7th day of August 2020.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge